**Howard SUTHERLAND, as Alien Property Custodian, Appellant, v. INTERNATIONAL INSURANCE COMPANY OF NEW YORK et al., Appellees. Hamburg Assurance Company, Appellant.**

**No. 363.**

Circuit Court of Appeals, Second Circuit.
July 28, 1930.

Charles J. Schuck, of Wheeling, W. Va., for appellant Alien Property Custodian.

Nathan Ottinger, of New York City, for appellant Hamburg Assur. Co.

Rumsey & Morgan, of New York City (Emory R. Buckner and Root, Clark, Buckner & Ballantine, all of New York City, and Steptoe & Johnson, of Clarksburg, W. Va., of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

This case is in all respects like Sutherland v. International Insurance Company, 43 F.

(2d) 969, decided along with it. The same disposition should be made of it for the reasons given therein.

Decree reversed, and cause remanded for further proceedings in conformity with the opinion in Sutherland v. International Insurance Company, 43 F.(2d) 969.